UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-cv-23750-BLOOM/OTAZO-REYES

CORINNE OVIEDO, an individual,

    Plaintiff,

v.

KRISTIAN RAMIREZ, an individual;
MICHAEL G. RODRIGUEZ a/k/a Mikey El
Romantico, an individual; SUNFLOWER
ENTERTAINMENT CO., INC., a New York
corporation; ORCHARD ENTERPRISES
NY, INC., a New York corporation; THE
ORCHARD ENTERPRISES, INC., a
Delaware corporation; LA LIRICA
PUBLISHING, LLC, a New York limited
liability company; LA LIRICA
MANAGEMENT, LLC, a New York limited
liability company,

    Defendants.
_____/

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Corinne Oviedo, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(2), moves to dismiss the complaint without prejudice, and in support, states as follows:

    1.    This Court dismissed Kristian Ramirez by Order dated March 29, 2022 [ECF No. 53].

    2.    Plaintiff voluntarily dismissed without prejudice Defendants Lirica Publishing, LLC and Lirica Management, LLC, because the companies had been dissolved [ECF No. 39], and the Court issued an Order of Dismissal on February 23, 2022 as to these Defendants [ECF No. 42].

3. This Court dismissed Defendants, Sunflower Entertainment Co, Inc., Orchard Enterprises, Inc., without prejudice, by Court Order dated May 23, 2022 [ECF No. 61].

4. The sole remaining Defendant, Miguel G. Rodriguez, acting *pro se*, submitted a response to the complaint on or about April 4, 2022. The Court accepted Mr. Rodriguez's response as an "Answer" [ECF No. 57]. This response contains no counterclaims, and no other document has been filed by Mr. Rodriguez with the Court and no other document that could be deemed a counterclaim has been served on Plaintiff.

5. Under Federal Rule of Civil Procedure 41(a), titled "Voluntary Dismissal," the Court may dismiss the lawsuit upon Plaintiff's request:

> (2) By Court Order; Effect. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Because there is no counterclaim pending, this Court may dismiss Mr. Rodriguez without prejudice.

6. Should the Court dismiss Mr. Rodriguez, this case will have no remaining defendants, and the Court may close the case.

**WHEREFORE,** Plaintiff, Corinne Oviedo, respectfully requests that the Court dismiss Mr. Miguel G. Rodriguez, without prejudice, and close the case, and for such other and further relief as the Court deems just and proper.

DATED: August 8, 2022                              Respectfully submitted,

                                                   By: s/William R. Trueba, Jr.
                                                   William R. Trueba, Jr., Esq.
                                                   Florida Bar No. 117544

        wtrueba@lex188.com
        Darlene Barron, Esq.
        Florida Bar No. 108873
        dbarron@lex188.com
        Roberto M. Suarez, Esq.
        Florida Bar No. 95762
        rsuarez@lex188.com
        TRUEBA & SUAREZ, PLLC
        7480 Bird Road, Suite 601
        Miami, Florida 33155
        Telephone:    (305) 482-1001
        Facsimile:     (786) 516-2826

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

*Corinne Oviedo v. Kristian Ramirez, et al.*, Case No. 1:21-cv-23750-BB
In the United States District Court for the Southern District of Florida
Miami Division

Darlene Barron
Florida Bar No. 108873
dbarron@lex188.com
Roberto Manuel Suarez
Florida Bar No. 95762
rsuarez@lex188.com
William Rafael Trueba, Jr.
Florida Bar No. 117544
wtrueba@lex188.com

TRUEBA & SUAREZ, PLLC
7480 Bird Road, Suite 601
Miami, FL 33155
Telephone:     305-482-1001
Facsimile:     786-516-2826

*Counsel for Plaintiff, Corinne Oviedo*


Michael G. Rodriguez
1 N.E. 78th Street, Apt. 3
Miami, FL 33138
Telephone:     305-303-5241
E-mail: mikeyelromantico305@gmail.com

*Pro se Defendant via email and regular U.S. Mail*